IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ROBERT W. JOHNSON, | : | Case No. 1:25-cv-150 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| vs. | : | |
| | : | |
| SGT. MICHELLE MOORE, | : | |
| | : | |
| Defendant. | : | |

### ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION
(Doc. 8)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 8), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety and **ORDERS** the following:

1. Plaintiff's case is **DISMISSED WITH PREJUDICE;**

2. The case is **TERMINATED** from the Court's docket; and

3. An appeal of this Order will not be taken in good faith and therefore Plaintiff is **DENIED** leave to appeal *in forma pauperis*. Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND